NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Union Central Life Insurance Co. v. Credit Suisse Securities (USA) LLC  Docket No.: 15-82

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:

Name: Eric Alan Isaacson

Firm: Robbins Geller Rudman & Dowd LLP

Address: 655 West Broadway, Suite 1900, San Diego, California 92101

Telephone: 619/231-1058    Fax: 619/231-7423

E-mail: erici@rgrdlaw.com

Appearance for: Plaintiffs-Appellants: Union Central Life Ins. Co.; Ameritas Life Ins. Co.; Acacia Life Ins. Co.
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Steven W. Pepich/Robbins Geller Rudman & Dowd LLP )
(name/firm)

[ ] Substitute counsel (replacing other counsel: )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of : )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on June 24, 2014    OR

[ ] I applied for admission on .

Signature of Counsel: s/ Eric Alan Isaacson

Type or Print Name: Eric Alan Isaacson (2004-153)