# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

———————

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of February, two thousand and fifteen.

Before:    Ralph K. Winter,
                *Circuit Judge.*

———————

Union Central Life Insurance Company, Ameritas Life Insurance Corp., Acacia Life Insurance Company,

    Plaintiffs-Appellants,

        v.

Credit Suisse Securities (USA), LLC, *et al.*,

    Defendants-Appellees.

———————

**ORDER**
Docket No. 15-82

    Appellants have filed a motion for removal of this case from the Court's expedited appeals calendar. Appellants also request that the Court set April 16, 2015 as the due date for Appellants' brief and appendix.

    IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

